AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida  ▾

| | |
|---|---|
| DORIS ROMERO <br><br><br><br> *Plaintiff(s)* <br><br> v. <br><br> OCMP GROUP LLC, a Florida limited liability company, d/b/a Sake Room Sushi Lounge, ORLANDO SANTANA, individually, MARIO CICILIA, individually <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:26-Cv-22779 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OCMP GROUP LLC
S/O
MFF SOLUTIONS LLC
142 NW 37TH ST
MIAMI, FL 33127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Randy A. Hernandez, Esq.

The Law Offices of Randy A. Herrnandez, PLLC
30 Wall Street, 8th Floor
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Apr 22, 2026

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida ☑

| | |
|---|---|
| DORIS ROMERO | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| OCMP GROUP LLC, a Florida limited liability company, d/b/a Sake Room Sushi Lounge, ORLANDO SANTANA, individually, MARIO CICILIA, individually | ) ) ) ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.  1:26-Cv-22779

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ORLANDO SANTANA
328 CRANDON BLVD STE 108
KEY BISCAYNE, FL 33149

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Randy A. Hernandez, Esq.

The Law Offices of Randy A. Herrnandez, PLLC
30 Wall Street, 8th Floor
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Apr 22, 2026

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida   ☐▾

| | |
|---|---|
| DORIS ROMERO | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| OCMP GROUP LLC, a Florida limited liability company, d/b/a Sake Room Sushi Lounge, ORLANDO SANTANA, individually, MARIO CICILIA, individually | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:26-Cv-22779

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARIO CICILIA
328 CRANDON BLVD STE 108
KEY BISCAYNE, FL 33149

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Randy A. Hernandez, Esq.

The Law Offices of Randy A. Herrnandez, PLLC
30 Wall Street, 8th Floor
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date:  Apr 22, 2026

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court